## GUTHRIE MILL & ELEVATOR CO. v. BARBER.

No. 10882—Opinion Filed April 17, 1923.

(Syllabus.)

Sales—Refusal to Accept—Measure of Damages.

The syllabus in this case is the same as adopted in case No. 10881, Guthrie Mill & Elevator Company, v. Thompson & Gibson, in which opinion was this day filed.

Error from District Court, Jefferson County; Cham Jones, Judge.

Action by the Guthrie Mill & Elevator Company against A. R. Barber. Judgment for defendant, and plaintiff brings error. Reversed and remanded with directions.

Fred W. Green, for plaintiff in error.

Bridges & Vertrees and Green & Pruet, for defendant in error.

COCHRAN, J. The facts in this case are similar to those in the case of Guthrie Mill & Elevator Co. v. Thompson et al., No. 10881, this day decided, 89 Okla. 173, and the decision in that case is decisive of the questions involved in this case.

The judgment of the trial court is reversed, and cause remanded, with directions to grant a new trial.

JOHNSON, C. J., and KANE, KENNAMER, NICHOLSON, BRANSON, and MASON, JJ., concur.